

# THE ATTORNEY GENERAL

## OF TEXAS

Austin, Texas

Gerald C. Mann
~~PRICE DANIEL~~
ATTORNEY GENERAL

Hon. T. M. Trimble, First Assistant
State Superintendent
Austin, Texas

Dear Sir:

Opinion Number O-5634
Re: Are the transfers of children
authorized and certified by
the State Department of Edu-
cation by August 15th cancelled,
annulled, and of no effect as
against the contracts spoken of
in the Equalization Law, which
contracts are filed in said
office by September 10?

We are in receipt of your letter of September 23rd
requesting our opinion on the above captioned question. We
quote your letter as follows:

"Article 2696 of the Revised Civil Statutes
provides for the transfer of children upon application of the
parent, which is made to the county superintendent by August
1st of each calendar year. The scholastic census is author-
ized to be taken of each school district of the
State during the month of March. The census
rolls are then filed with the State Department
of Education by July 1st, and transfers which
are made according to the provisions of Article
2696 are filed with this office by August 15th.

"House Bill No. 176, enacted by the 48th Leg-
islature, which is the Equalization Law, provides
for reimbursement for certain districts authorized
to contract to other school districts according to
the provisions of said law. Such contracts are
filed with this office on or before September
10th.

"We need an early answer to the following
question, and would appreciate your immediate
attention to this matter, since the entire fis-
cal set-up of the State is dependent upon your
answer:

" 'Are the transfers authorized and cer-
tified by this office by August 15th can-
celled, annulled, and of no effect as
against the contracts spoken of in the
Equalization Law, which contracts are
filed in this office by September 10th?'

Hon. T. M. Trimble, page #2

"It is our construction that the contracts can only affect those children in the district at the time the contracts are consummated."

Replying to the above, we respectfully call your attention to opinions numbered O-4855 and O-4855a.

Article 2696 reads as follows:

"Any child lawfully enrolled in any district or independent district, may by order of the county superintendent, be transferred to the enrollment of any other district or independent district in the same county upon a written application of the parent or guardian or person having lawful control of such child, filed with the county superintendent; provided that any district or independent district being dissatisfied with any transfer made by the county superintendent may appeal from such action to the county board of trustees of said county who shall have the right to annul and cancel the transfer allowed by the county superintendent.

"The applicant shall state in said application that it is his bona fide intention to send said child to the school to which the transfer is asked.

"Upon the certification of the transfer of any child, from one district to another district, by the county superintendent of the county in which the child resides at the time of the transfer, the State Department of Education shall authorize the State Treasurer to pay over directly the per capita apportionment, in independent districts of five hundred (500) or more scholastic population, to the district to which such child is transferred; and in all other districts, to county superintendents, to be paid by him to the respective districts to which such children are transferred; provided, no transfer shall be made after August 1st. Acts 1905, p. 263; Acts 1935, 44th Leg., p. 488, ch. 201, sec.1."

Children transferred out of a district prior to August 1 are no longer on the scholastic enrollment of their home districts, but are on the enrollment of the receiving district, and are not included in a transfer contract made thereafter; and your question is so answered.

Very truly yours
ATTORNEY GENERAL OF TEXAS

By /s/ C. F. Gibson
                Assistant

APPROVED OCT. 14, 1943
/s/ Grover Sellers
FIRST ASSISTANT ATTORNEY GENERA.    APPROVED OPINION COMMITTEE, By B